STATE OF NEW JERSEY v. CARLTON CAMPBELL.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD GRANT.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF J.A.G.

September 20, 1983.

Petition for certification denied.

GERALD MCCAULEY v. DEPARTMENT OF CORRECTIONS.

September 20, 1983.

Petition for certification denied.

PAULA LOWE v. IRA LOWE.

September 20, 1983.

Petition for certification denied.